| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2018 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>Goldgar, A. Benjamin | 2. Court or Organization<br><br>Bankruptcy Court, N.D. Ill. | 3. Date of Report<br><br>07/08/2019 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>United States Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

Suite 638
219 South Dearborn Street
Chicago, IL 60604

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | Trustee | Family Trust No. 1 |
| 2. | Director | Federal Bar Association -- Chicago Chapter |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 07/08/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 07/08/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 07/08/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐　NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity Government Cash Reserves Money Market Fund | A | Dividend | K | T | Sold (part) | 01/26/18 | J | | |
| 2. | | | | | Sold (part) | 01/29/18 | J | | |
| 3. | | | | | Sold (part) | 02/21/18 | J | | |
| 4. | | | | | Buy (add'l) | 03/21/18 | K | | |
| 5. | | | | | Sold (part) | 04/18/18 | J | | |
| 6. | | | | | Sold (part) | 04/19/18 | J | | |
| 7. | | | | | Sold (part) | 04/25/18 | J | | |
| 8. | | | | | Sold (part) | 05/21/18 | J | | |
| 9. | | | | | Sold (part) | 05/23/18 | J | | |
| 10. | | | | | Sold (part) | 06/04/18 | J | | |
| 11. | | | | | Sold (part) | 06/19/18 | J | | |
| 12. | | | | | Sold (part) | 07/26/18 | J | | |
| 13. | | | | | Sold (part) | 08/09/18 | J | | |
| 14. | | | | | Sold (part) | 08/27/18 | J | | |
| 15. IRA No. 1 (H) | | | | | | | | | |
| 16. - Fidelity Strategic Advisors Small-Mid Cap Fund | B | Dividend | K | T | Buy (add'l) | 04/12/18 | J | | |
| 17. | | | | | Sold (part) | 09/07/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 07/08/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 10/17/18 | J | | |
| 19. | | | | | Sold (part) | 12/14/18 | J | A | |
| 20. | | | | | Buy (add'l) | 12/28/18 | J | | |
| 21.   - Fidelity Strategic Advisors Value Fund | C | Dividend | K | T | Sold (part) | 04/12/18 | J | A | |
| 22. | | | | | Sold (part) | 09/07/18 | J | A | |
| 23. | | | | | Buy (add'l) | 12/28/18 | J | | |
| 24.   - Fidelity Strategic Advisors International Fund | C | Dividend | K | T | Sold (part) | 01/18/18 | J | B | |
| 25. | | | | | Buy (add'l) | 02/13/18 | J | | |
| 26. | | | | | Sold (part) | 04/12/18 | J | A | |
| 27. | | | | | Buy (add'l) | 09/07/18 | J | | |
| 28. | | | | | Buy (add'l) | 12/14/18 | J | | |
| 29.   - Fidelity Strategic Advisors Core Income Fund | C | Dividend | M | T | Buy (add'l) | 01/18/18 | J | | |
| 30. | | | | | Sold (part) | 02/13/18 | J | A | |
| 31. | | | | | Buy (add'l) | 03/08/18 | J | | |
| 32. | | | | | Sold (part) | 04/04/18 | J | | |
| 33. | | | | | Buy (add'l) | 04/12/18 | J | | |
| 34. | | | | | Buy (add'l) | 06/28/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. | | | | | Buy (add'l) | 09/07/18 | J | | |
| 36. | | | | | Sold (part) | 10/17/18 | J | A | |
| 37. | | | | | Sold (part) | 12/28/18 | J | A | |
| 38.  - Fidelity Strategic Advisors Core Fund | D | Dividend | L | T | Sold (part) | 03/08/18 | J | A | |
| 39. | | | | | Buy (add'l) | 04/04/18 | J | | |
| 40. | | | | | Sold (part) | 04/12/18 | J | A | |
| 41. | | | | | Sold (part) | 06/28/18 | J | B | |
| 42. | | | | | Sold (part) | 09/07/18 | J | B | |
| 43. | | | | | Buy (add'l) | 12/14/18 | J | | |
| 44.  - Fidelity Strategic Advisors Growth Fund | C | Dividend | K | T | Sold (part) | 03/08/18 | J | A | |
| 45. | | | | | Buy (add'l) | 04/04/18 | J | | |
| 46. | | | | | Sold (part) | 04/12/18 | J | A | |
| 47. | | | | | Sold (part) | 06/28/18 | J | A | |
| 48. | | | | | Sold (part) | 09/07/18 | J | A | |
| 49. | | | | | Buy (add'l) | 10/17/18 | J | | |
| 50. | | | | | Buy (add'l) | 12/28/18 | J | | |
| 51.  - Fidelity Strategic Advisors Emerging Markets | A | Dividend | J | T | Sold (part) | 01/18/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 07/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 04/12/18 | J | | |
| 53. - Fidelity Strategic Advisors Income Opportunity Fund | A | Dividend | J | T | | | | | |
| 54. - FIMM Money Market Port Inst CL | A | Dividend | J | T | Buy (add'l) | 12/14/18 | J | | |
| 55. - Fidelity Strategic Advisors Short Duration Fund | A | Dividend | J | T | Sold (part) | 10/17/18 | J | A | |
| 56. - Fidelity SAI US Large Cap Index | A | Dividend | J | T | | | | | |
| 57. - Fidelity SAI International Index | A | Dividend | J | T | Buy (add'l) | 06/28/18 | J | | |
| 58. - Fidelity SAI Emerging Markets Index | A | Dividend | J | T | Buy (add'l) | 09/07/18 | J | | |
| 59. | | | | | Sold (part) | 12/14/18 | J | A | |
| 60. - AQR Managed Futures Fund CL N | | None | J | T | | | | | |
| 61. - Eaton Vance GL Macro Absolute Return Adv I | A | Dividend | J | T | | | | | |
| 62. - Pimco Commodity Real Return Inst | A | Dividend | J | T | | | | | |
| 63. - AQR Multistrgy Alternative Class N | | None | J | T | | | | | |
| 64. IRA No. 2 (H) | | | | | | | | | |
| 65. - Fidelity Strategic Advisors Small-Mid Cap Fund | B | Dividend | J | T | Buy (add'l) | 10/17/18 | J | | |
| 66. - Fidelity Strategic Advisors International Fund | B | Dividend | K | T | | | | | |
| 67. - Fidelity Strategic Advisors Value Fund | B | Dividend | J | T | | | | | |
| 68. - Fidelity Strategic Advisors Core Fund | B | Dividend | K | T | Sold (part) | 06/28/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 07/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 09/03/18 | J | A | |
| 70. | | | | | Buy (add'l) | 12/28/18 | J | | |
| 71. - Fidelity Strategic Advisors Growth Fund | B | Dividend | J | T | | | | | |
| 72. - Fidelity Strategic Advisors Emerging Markets | A | Dividend | J | T | | | | | |
| 73. - Fidelity Strategic Advisors Core Income Fund | B | Dividend | K | T | Buy (add'l) | 01/18/18 | J | | |
| 74. | | | | | Sold (part) | 02/13/18 | J | A | |
| 75. | | | | | Buy (add'l) | 03/08/18 | J | | |
| 76. | | | | | Sold (part) | 04/04/18 | J | A | |
| 77. | | | | | Buy (add'l) | 06/28/18 | J | | |
| 78. | | | | | Buy (add'l) | 09/07/18 | J | | |
| 79. | | | | | Sold (part) | 10/17/18 | J | | |
| 80. | | | | | Sold (part) | 12/28/18 | J | | |
| 81. - Fidelity Strategic Advisors Income Opportunity Fund | A | Dividend | J | T | | | | | |
| 82. - FIMM Money Market Port Inst CL | A | Dividend | J | T | | | | | |
| 83. - Fidelity Strategic Advisors Short Duration Fund | A | Dividend | J | T | | | | | |
| 84. - Fidelity SAI US Large Cap Index | A | Dividend | J | T | | | | | |
| 85. -Fidelity SAI Emerging Markets Index | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 07/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  - AQR Managed Futures Fund CL N | | None | J | T | | | | | |
| 87.  - AQR Multistrategy Alternative Class N | | None | J | T | Buy | 02/13/18 | J | | |
| 88.  - Pimco Commodity Real Return Inst | A | Dividend | J | T | | | | | |
| 89.  - SAI International Index | A | Dividend | J | T | | | | | |
| 90.  - Eaton Vance GL Macro Absolute Retn Adv 1 (Y) | | | | | | | | | |
| 91.  IRA No. 3 (H) | | | | | | | | | |
| 92.  - Fidelity Strategic Advisors Small-Mid Cap Fund | D | Dividend | L | T | Sold (part) | 03/08/18 | J | B | |
| 93. | | | | | Buy (add'l) | 04/12/18 | J | | |
| 94. | | | | | Sold (part) | 09/07/18 | J | B | |
| 95. | | | | | Buy (add'l) | 10/17/18 | J | | |
| 96. | | | | | Sold (part) | 12/14/18 | J | B | |
| 97. | | | | | Buy (add'l) | 12/28/18 | J | | |
| 98.  - Fidelity Strategic Advisors International Fund | D | Dividend | M | T | Sold (part) | 01/18/18 | J | B | |
| 99. | | | | | Buy (add'l) | 02/13/18 | J | | |
| 100. | | | | | Sold (part) | 04/12/18 | J | B | |
| 101. | | | | | Sold (part) | 06/28/18 | J | A | |
| 102. | | | | | Buy (add'l) | 09/07/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 07/08/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 12/14/18 | J | | |
| 104.   - Fidelity Strategic Advisors Value Fund | D | Dividend | L | T | Sold (part) | 01/18/18 | J | B | |
| 105. | | | | | Buy (add'l) | 02/13/18 | J | | |
| 106. | | | | | Sold (part) | 04/12/18 | J | A | |
| 107. | | | | | Sold (part) | 09/07/18 | J | B | |
| 108. | | | | | Buy (add'l) | 12/28/18 | J | | |
| 109.   - Fidelity Strategic Advisors Core Fund | D | Dividend | M | T | Sold (part) | 01/18/18 | J | B | |
| 110. | | | | | Buy (add'l) | 02/13/18 | J | | |
| 111. | | | | | Sold (part) | 03/08/18 | J | B | |
| 112. | | | | | Buy (add'l) | 04/04/18 | J | | |
| 113. | | | | | Sold (part) | 04/12/18 | J | B | |
| 114. | | | | | Sold (part) | 06/28/18 | J | B | |
| 115. | | | | | Sold (part) | 09/07/18 | J | C | |
| 116. | | | | | Buy (add'l) | 12/14/18 | J | | |
| 117. | | | | | Buy (add'l) | 12/28/18 | J | | |
| 118.   - Fidelity Strategic Advisors Growth Fund | D | Dividend | L | T | Sold (part) | 02/13/18 | J | A | |
| 119. | | | | | Sold (part) | 03/08/18 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 07/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 04/04/18 | J | | |
| 121. | | | | | Sold (part) | 04/12/18 | J | B | |
| 122. | | | | | Sold (part) | 06/28/18 | J | B | |
| 123. | | | | | Sold (part) | 09/07/18 | J | B | |
| 124. | | | | | Buy (add'l) | 10/17/18 | J | | |
| 125. | | | | | Buy (add'l) | 12/28/18 | J | | |
| 126. - Fidelity Strategic Advisors Emerging Markets | A | Dividend | K | T | Sold (part) | 02/13/18 | J | A | |
| 127. | | | | | Buy (add'l) | 04/12/18 | J | | |
| 128. - Fidelity Strategic Advisors Income Opportunity Fund | A | Dividend | J | T | Sold (part) | 10/17/18 | J | | |
| 129. | | | | | Sold (part) | 12/14/18 | J | B | |
| 130. - Fidelity Strategic Advisors Core Income Fund | D | Dividend | N | T | Buy (add'l) | 01/18/18 | J | | |
| 131. | | | | | Sold (part) | 02/13/18 | J | A | |
| 132. | | | | | Buy (add'l) | 03/08/18 | J | | |
| 133. | | | | | Sold (part) | 04/04/18 | J | A | |
| 134. | | | | | Buy (add'l) | 04/12/18 | J | | |
| 135. | | | | | Buy (add'l) | 06/28/18 | J | | |
| 136. | | | | | Buy (add'l) | 09/07/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 07/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 10/17/18 | J | A | |
| 138. | | | | | Sold (part) | 12/28/18 | J | A | |
| 139. - Fidelity Strategic Advisors Short Duration Fund | A | Dividend | K | T | Sold (part) | 10/17/18 | J | A | |
| 140. | | | | | Sold (part) | 12/14/18 | J | A | |
| 141. - Fidelity SAI US Large Cap Index | A | Dividend | K | T | | | | | |
| 142. - Fidelity SAI Emerging Markets Index | A | Dividend | J | T | Buy (add'l) | 09/07/18 | J | | |
| 143. | | | | | Sold (part) | 12/14/18 | J | A | |
| 144. - AQR Multi Strategy Alternative Class N | | None | J | T | Buy (add'l) | 02/13/18 | J | | |
| 145. - AQR Managed Futures Fund CL N | | None | J | T | Buy (add'l) | 02/13/18 | J | | |
| 146. - Pimco Commodity Real Return Inst | A | Dividend | J | T | Buy (add'l) | 02/13/18 | J | | |
| 147. - FIMM Government Portfolio: Instl Cl | A | Dividend | J | T | Buy (add'l) | 01/18/18 | J | | |
| 148. | | | | | Sold (part) | 02/12/18 | J | | |
| 149. | | | | | Buy (add'l) | 02/13/18 | J | | |
| 150. | | | | | Sold (part) | 05/14/18 | J | | |
| 151. | | | | | Sold (part) | 09/24/18 | J | | |
| 152. | | | | | Sold (part) | 11/13/18 | J | | |
| 153. | | | | | Buy (add'l) | 12/14/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 07/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Fidelity SAI Int'l Index | A | Dividend | K | T | Buy (add'l) | 06/28/18 | J | | |
| 155. | | | | | Sold (part) | 12/14/18 | J | A | |
| 156. - Eaton Vance GL Macro Absolute Rtrn Adv I | A | Dividend | J | T | | | | | |
| 157. 401(k) (H) | | | | | | | | | |
| 158. - Vanguard Institutional Index Fund Plus | A | Dividend | K | T | | | | | |
| 159. Adirondack Trust Co. stock | D | Dividend | N | T | | | | | |
| 160. Bank of America Growth Money Market Savings | A | Interest | J | T | | | | | |
| 161. Deferred Annuity (H) | | | | | | | | | |
| 162. - Fidelity VIP Investment Grade Bond Fund | | None | N | T | | | | | |
| 163. - Fidelity VIP Strategic Income Fund | | None | M | T | | | | | |
| 164. IRA No. 4 (H) | | | | | | | | | |
| 165. - Vanguard Total Bond Market Index Fund | E | Dividend | P1 | T | | | | | |
| 166. - Vanguard Total International Stock Index Fund | C | Dividend | M | T | | | | | |
| 167. - Vanguard Total Stock Market Index Fund | E | Dividend | O | T | | | | | |
| 168. - Vanguard Prime Money Market Fund | C | Dividend | M | T | | | | | |
| 169. - Vanguard Target Retirement 2020 | A | Dividend | J | T | | | | | |
| 170. Family Trust No. 1 (H) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - Fidelity Advisor Growth Opp CL 1 | A | Dividend | J | T | | | | | |
| 172. - Fidelity Diversified International | B | Dividend | K | T | | | | | |
| 173. - Fidelity International Cap Appreciation Fund | A | Dividend | J | T | | | | | |
| 174. - Causeway International Value Investor | A | Dividend | J | T | Buy (add'l) | 12/18/18 | J | | |
| 175. - Harbor Capital Appreciation Adm CL | A | Dividend | J | T | | | | | |
| 176. - Oakmark Fund Investor CL | C | Dividend | K | T | | | | | |
| 177. - Oakmark International Investor CL 1 | A | Dividend | J | T | Buy (add'l) | 10/18/18 | J | | |
| 178. | | | | | Sold (part) | 12/04/18 | J | | |
| 179. - Hotchkiss & Wiley Midcap Value CL A | A | Dividend | J | T | | | | | |
| 180. - Janus Henderson Enterprise T | B | Dividend | K | T | | | | | |
| 181. - Lazard Emerging Markets Equity Open CL Shares | A | Dividend | J | T | | | | | |
| 182. - MFS International Value Fund CL A | A | Dividend | J | T | | | | | |
| 183. - MFS International Diversification FD A | A | Dividend | J | T | | | | | |
| 184. - MSIF Frontier Markets Port CL 1 | A | Dividend | | | Sold | 09/06/18 | J | | |
| 185. - Oppenheimer Dev Markets Class 1 | A | Dividend | J | T | | | | | |
| 186. - T Rowe Price International Discovery Fund 1 CL | A | Dividend | J | T | | | | | |
| 187. - T Rowe Price Overseas Stock 1 CL | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - T Rowe Price Emerging Markets Stock Fund 1 | A | Dividend | J | T | Buy | 09/06/18 | J | | |
| 189. | | | | | Buy (add'l) | 10/18/18 | J | | |
| 190. | | | | | Sold (part) | 12/18/18 | J | | |
| 191. - T Rowe Price International Stk 1 | A | Dividend | J | T | Sold (part) | 01/09/18 | J | A | |
| 192. | | | | | Sold (part) | 01/30/18 | J | A | |
| 193. | | | | | Sold (part) | 03/20/18 | J | A | |
| 194. - Wasatch Frontier Emerging Small Cos. | | None | | | Sold | 01/30/18 | J | A | |
| 195. - Wells Fargo Special Midcap Adm (Y) | | | | | | | | | |
| 196. - Fidelity Municipal Income | A | Dividend | K | T | Buy (add'l) | 03/20/18 | J | | |
| 197. - Fidelity Tax-free Bond | A | Dividend | K | T | Buy (add'l) | 01/02/18 | J | | |
| 198. | | | | | Buy (add'l) | 01/09/18 | J | | |
| 199. | | | | | Buy (add'l) | 01/30/18 | J | | |
| 200. | | | | | Sold (part) | 03/20/18 | J | | |
| 201. | | | | | Sold (part) | 10/18/18 | J | | |
| 202. - Strategic Adv Tax Sensitive Short Duration | A | Dividend | L | T | Buy | 01/09/18 | L | | |
| 203. | | | | | Buy (add'l) | 01/30/18 | J | | |
| 204. | | | | | Sold (part) | 03/20/18 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 16 of 26

**Name of Person Reporting**

**Goldgar, A. Benjamin**

**Date of Report**

07/08/2019

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold (part) | 12/18/18 | J | | |
| 206.  - Western Asset Managed Muni CL A | A | Dividend | L | T | Buy | 10/18/18 | K | | |
| 207. | | | | | Buy (add'l) | 12/18/18 | J | | |
| 208.  - Vanguard Long Term Tax Exempt Admiral | A | Dividend | J | T | Buy | 03/20/18 | J | | |
| 209. | | | | | Buy (add'l) | 07/18/18 | J | | |
| 210. | | | | | Buy (add'l) | 09/06/18 | J | | |
| 211. | | | | | Sold (part) | 10/18/18 | J | | |
| 212.  - Fidelity Limited Term Muni Income FD | A | Dividend | | | Sold (part) | 01/02/18 | J | | |
| 213. | | | | | Sold | 01/09/18 | J | A | |
| 214.  - DWS Managed Muni Bond FD S (see note) | A | Dividend | K | T | Buy (add'l) | 01/02/18 | J | | |
| 215. | | | | | Buy (add'l) | 01/09/18 | J | | |
| 216. | | | | | Buy (add'l) | 01/30/18 | J | | |
| 217. | | | | | Sold (part) | 03/20/18 | K | | |
| 218. | | | | | Sold (part) | 10/18/18 | K | | |
| 219.  - Oppenheimer International Bond Fund CL 1 | A | Dividend | J | T | Buy (add'l) | 09/06/18 | J | | |
| 220. | | | | | Sold (part) | 12/18/18 | J | A | |
| 221.  - T Rowe Price Tax Free High Yield Adv | A | Dividend | K | T | Buy (add'l) | 01/30/18 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 07/08/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold (part) | 10/18/18 | J | | |
| 223.  - T Rowe Price Tax Free Income Adv CL | A | Dividend | K | T | | | | | |
| 224.  - Templeton Global Bond Class A | A | Dividend | J | T | Buy (add'l) | 01/16/18 | J | | |
| 225. | | | | | Sold (part) | 07/18/18 | J | | |
| 226. | | | | | Sold (part) | 09/06/18 | J | | |
| 227. | | | | | Buy (add'l) | 12/18/18 | J | | |
| 228.  - Wells Fargo Ultra Sht Muni Inc Adm | A | Dividend | | | Sold | 01/09/18 | K | | |
| 229.  - Fidelity Govt Cash Reserves | A | Dividend | J | T | | | | | |
| 230.  - IShares S&P 100 ETF | A | Dividend | K | T | | | | | |
| 231.  - IShares MSCI EAFE ETF | A | Dividend | J | T | Buy | 09/07/18 | J | | |
| 232. | | | | | Sold (part) | 10/19/18 | J | | |
| 233. | | | | | Buy (add'l) | 12/19/18 | J | | |
| 234.  - IShares TR Russell Midcap ETF | A | Dividend | J | T | | | | | |
| 235.  - IShares Russell 1000 Value ETF | A | Dividend | J | T | Sold (part) | 01/31/18 | J | A | |
| 236. | | | | | Sold (part) | 03/21/18 | J | B | |
| 237. | | | | | Buy (add'l) | 12/19/18 | J | | |
| 238.  - IShares Russell 1000 Growth ETF | A | Dividend | K | T | Sold (part) | 01/10/18 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold (part) | 01/31/18 | J | A | |
| 240. | | | | | Sold (part) | 03/21/18 | J | B | |
| 241. - IShares Russell 1000 ETF | A | Dividend | K | T | Sold (part) | 01/10/18 | J | A | |
| 242. | | | | | Sold (part) | 01/31/18 | J | A | |
| 243. | | | | | Sold (part) | 03/21/18 | J | B | |
| 244. - IShares Russell 2000 ETF | A | Dividend | J | T | | | | | |
| 245. - IShares S&P Small Cap 600 Value | A | Dividend | J | T | | | | | |
| 246. - IShares TR S&P Small Cap 600 Growth ETF (Y) | A | Dividend | J | T | Sold (part) | 03/21/18 | J | B | |
| 247. - IShares Inc Core MSCI Emerging Markets | A | Dividend | J | T | Sold (part) | 03/21/18 | J | A | |
| 248. - Vanguard Index FDS Vanguard Value | A | Dividend | K | T | | | | | |
| 249. - Spdr Series Trust Bloomberg BRC CNVRT | A | Dividend | J | T | Sold (part) | 01/10/18 | J | B | |
| 250. - Mainstay Mackay Tax Free Bond Class A (see note) | A | Dividend | J | T | | | | | |
| 251. - FIMM Government Cash Reserves | A | Dividend | | | Sold | 01/08/18 | K | | |
| 252. - Spdr Index Shs FDS S&P Global NAT RES | A | Dividend | J | T | | | | | |
| 253. - Flexshares Trust Morningstar Global Upstream NAT RES IDX | A | Dividend | J | T | Buy | 12/19/18 | J | | |
| 254. Family Trust No. 2 (H) | | | | | | | | | |
| 255. - Fidelity Diversified International | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Goldgar, A. Benjamin | 07/08/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. - Fidelity International Cap Appreciation Fund | A | Dividend | J | T | | | | | |
| 257. - Fidelity Value Discovery | | None | J | T | Buy | 12/26/18 | J | | |
| 258. - Causeway International Value Investor | A | Dividend | J | T | | | | | |
| 259. - Harbor Capital Appreciation Adm CL | A | Dividend | J | T | | | | | |
| 260. - Oakmark Fund Investor Class | B | Dividend | J | T | | | | | |
| 261. - Oakmark International CL 1 (Y) | | | | | | | | | |
| 262. - Hotchkiss & Wiley Midcap Value CL A | A | Dividend | J | T | | | | | |
| 263. - Janus Henderson Enterprise T | A | Dividend | J | T | | | | | |
| 264. - Lazard Emerging Markets Equity Open CL Shares | A | Dividend | J | T | | | | | |
| 265. - MFS International Value Fund CL A | A | Dividend | J | T | | | | | |
| 266. - MFS International Diversification FD A | A | Dividend | J | T | | | | | |
| 267. - T Rowe Price New Era | | None | J | T | Buy | 12/26/18 | J | | |
| 268. - T Rowe Price Overseas Stock 1 CL (Y) | | | | | | | | | |
| 269. - T Rowe Price International Stk 1 | A | Dividend | J | T | | | | | |
| 270. - Wasatch Frontier Emerging Small Cos. | | None | | | Sold | 09/06/18 | J | | |
| 271. - Wells Fargo Special Midcap Adm | | None | | | Sold | 08/31/18 | J | A | |
| 272. - Fidelity Municipal Income | A | Dividend | J | T | Buy (add'l) | 03/15/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Sold (part) | 11/02/18 | J | | |
| 274. - Fidelity Tax-free Bond | A | Dividend | K | T | Buy (add'l) | 01/18/18 | J | | |
| 275. | | | | | Sold (part) | 03/15/18 | J | | |
| 276. - Fidelity Limited Term Muni Income FD | A | Dividend | | | Sold | 01/18/18 | J | A | |
| 277. - Strategic Adv Tax Sensitive Short Duration | A | Dividend | K | T | Buy | 01/18/18 | K | | |
| 278. | | | | | Sold (part) | 11/02/18 | J | | |
| 279. | | | | | Sold (part) | 12/26/18 | J | | |
| 280. - Blackrock National Muni Fund CL A | A | Dividend | J | T | Buy | 11/02/18 | J | | |
| 281. - Mainstay Mackay High Yield Muni Bd CL A | A | Dividend | J | T | Buy | 10/02/18 | J | | |
| 282. - Templeton Global Bond Class A | A | Dividend | J | T | Buy | 01/18/18 | J | | |
| 283. | | | | | Sold (part) | 08/31/18 | J | | |
| 284. | | | | | Buy (add'l) | 10/02/18 | J | | |
| 285. - Wells Fargo Muni Bond FD - Admin CL | A | Distribution | J | T | Buy | 11/02/18 | J | | |
| 286. - DWS Managed Muni Bond FD S (see note) | A | Dividend | J | T | Buy (add'l) | 01/18/18 | J | | |
| 287. | | | | | Sold (part) | 03/15/18 | J | | |
| 288. | | | | | Sold (part) | 10/02/18 | J | | |
| 289. | | | | | Sold (part) | 11/02/18 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. - Franklin Federal Tax Free Class A | A | Dividend | K | T | Buy (add'l) | 03/15/18 | J | | |
| 291. | | | | | Buy (add'l) | 10/02/18 | J | | |
| 292. | | | | | Sold (part) | 11/02/18 | J | | |
| 293. | | | | | Sold (part) | 12/26/18 | J | A | |
| 294. - Oppenheimer International Bond Fund CL | A | Dividend | J | T | Buy (add'l) | 08/31/18 | J | | |
| 295. | | | | | Sold (part) | 10/02/18 | J | A | |
| 296. - T Rowe Price Tax Free High Yield Adv | A | Dividend | J | T | Sold (part) | 10/02/18 | J | | |
| 297. | | | | | Sold (part) | 11/02/18 | J | | |
| 298. - T Rowe Price Tax Free Income Adv CL | A | Dividend | K | T | | | | | |
| 299. - Wells Fargo Ultra Sht Muni Inc Adm | A | Dividend | | | Sold | 01/18/18 | K | | |
| 300. - Fidelity Govt Cash Reserves | A | Dividend | J | T | | | | | |
| 301. - Flexshares Trust Morningstar Global | A | Dividend | J | T | | | | | |
| 302. - IShares S&P 100 ETF | A | Dividend | J | T | | | | | |
| 303. - IShares TR Russell Midcap ETF | A | Dividend | J | T | | | | | |
| 304. - IShares Russell 1000 Value ETF | A | Dividend | | | Sold (part) | 01/19/18 | J | A | |
| 305. | | | | | Sold | 09/04/18 | J | A | |
| 306. - IShares Russell 1000 Growth ETF | A | Dividend | K | T | Sold (part) | 01/19/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 07/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307.  - IShares Russell 1000 ETF | A | Dividend | J | T | | | | | |
| 308.  - IShares Russell 2000 ETF | A | Dividend | J | T | | | | | |
| 309.  - IShares S&P Small Cap 600 Value | A | Dividend | J | T | | | | | |
| 310.  - IShares TR S&P Small Cap 600 Growth ETF (Y) | | | | | | | | | |
| 311.  - IShares Edge MSCI USA Value Factor ETF | | None | J | T | Buy | 12/27/18 | J | | |
| 312.  - IShares MSCI EAFE ETF | A | Dividend | | | Buy | 11/05/18 | J | | |
| 313. | | | | | Sold | 12/27/18 | J | | |
| 314.  - IShares Trust Core MSCI EAFE ETF | | None | J | T | Buy | 12/27/18 | J | | |
| 315.  - IShares TR EAFE Small Cap ETF | | None | | | Sold | 01/19/18 | J | A | |
| 316.  - IShares Inc Core MSCI Emerging Markets | A | Dividend | J | T | | | | | |
| 317.  - Sector Spdr Tr Shares Ben Int Financial | A | Dividend | J | T | | | | | |
| 318.  - Vanguard Index FDS Vanguard Value | A | Dividend | K | T | | | | | |
| 319.  - Spdr Series Trust Bloomberg BRC CNVRT | | None | | | Sold | 01/19/18 | J | B | |
| 320.  - Mainstay Mackay Tax Free Bond Class A (see note) | A | Dividend | J | T | | | | | |
| 321.  - FIMM Government Portfolio: Instl CL | A | Dividend | | | Sold | 01/17/18 | J | | |
| 322.  Inherited IRA No. 1 (H) | | | | | | | | | |
| 323.  - T. Rowe Price Dividend Growth | A | Dividend | K | T | Redeemed (part) | 12/03/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 07/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. - T. Rowe Price Spectrum Income | A | Dividend | K | T | Redeemed (part) | 12/03/18 | J | | |
| 325. Inherited IRA No. 2 (H) | | | | | | | | | |
| 326. - TIAA Traditional (see note) | C | Interest | L | T | Sold (part) | 02/20/18 | J | | |
| 327. | | | | | Sold (part) | 08/20/18 | J | | |
| 328. - CREF Stock (see note) | | | N | T | Sold (part) | 02/20/18 | J | | |
| 329. | | | | | Sold (part) | 08/20/18 | J | | |
| 330. - CREF Global Equities (see note) | | | K | T | Sold (part) | 02/20/18 | J | | |
| 331. | | | | | Sold (part) | 08/20/18 | J | | |
| 332. - TIAA Real Estate (see note) | | | K | T | Sold (part) | 02/20/18 | J | | |
| 333. | | | | | Sold (part) | 08/20/18 | J | | |
| 334. - CREF Bond Market (see note) | | | K | T | Sold (part) | 02/20/18 | J | | |
| 335. | | | | | Sold (part) | 08/20/18 | J | | |
| 336. - CREF Inflation Linked Bond (see note) | | | K | T | Sold (part) | 02/20/18 | J | | |
| 337. | | | | | Sold (part) | 08/20/18 | J | | |
| 338. Bank of America checking (cash equivalent) | A | Interest | J | T | | | | | |
| 339. Bank of America checking (cash equivalent) (4) | A | Interest | J | T | | | | | |
| 340. Bank of America checking (cash equivalent) (2) (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 07/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. Bank of America checking (cash equivalent) (2) (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 136 (on last year's form) listed an investment in Eaton Vance Global Macro Absolute RT CL 1 and a transaction on 10/25/17 as "Sold (part)." That was an error. The transaction should have been listed as "Sold." The rest of the information was correct. Because the investment was sold, it does not appear on line 146 (the equivalent line) on this year's form.

Lines 214, 286. The name of this fund changed during 2018. On last year's report, the fund appeared on line 197 as Deutsche Managed Muni Bond Fd S.

Line 250, 320. The name of this fund changed during 2018. On last year's report, the fund appeared on line 227 as Mainstay Tax Free Bond Class A.

Lines 326-37. This is an inherited IRA. Except for line 294, Column B is not completed because it cannot be. The TIAA-CREF statements disclose no information about income (other than for the "TIAA Traditional" fund), and TIAA-CREF personnel have told me that the information is unavailable because the investments are "annuity-based." Similarly, information about gain or loss from "sales" (the distributions I am required to take) is not reported in Column D for any portion of the IRA because TIAA-CREF personnel have told me that information about gains or losses is unavailable.

Lines 340-41. My          was a joint holder of these accounts with a former          During 2018,          removed her name from the account and ceased to be a joint account holder.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ A. Benjamin Goldgar

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544